1  HARRY P. WEITZEL (CA BAR NO. 149934)
     weitzelh@pepperlaw.com
2  PEPPER HAMILTON LLP
3  4 Park Plaza, Suite 1200
   Irvine, CA 92614
4  (949) 567-3500

5  WILLIAM D. BELANGER *(pro hac vice)*
     Belangerw@pepperlaw.com
6  JAMES M. WODARSKI *(pro hac vice)*
     wodarskj@pepperlaw.com
7  MATTHEW D. DURELL *(pro hac vice)*
     durellm@pepperlaw.com
8  DAVID A. LOO *(pro hac vice)*
9    lood@pepperlaw.com
   PEPPER HAMILTON LLP
10 125 High Street, Oliver Street Tower
   Boston, MA 02110
11 (617) 204-5100

12
   *Attorneys for Plaintiff Nazomi Communications, Inc.*
13
   EDWARD VINCENT KING, JR., BAR NO. 85726
14   evking@kingandkelleher.com
   KING & KELLEHER, LLP
15 Four Embarcadero Center, Seventeenth Floor
   San Francisco, CA 94111
16 TELEPHONE:  415-781-2888
   FAX:  415-781-3011
17
   *Attorney for Defendants ARM Ltd. and ARM, Inc.*
18

19            **UNITED STATES DISTRICT COURT
20       FOR THE NORTHERN DISTRICT OF CALIFORNIA**

21 NAZOMI COMMUNICATIONS INC.,       )
                                      )   Case No. C 02-02521 (JF)
22                                    )
                                      )
23                   Plaintiff,       )   **[PROPOSED] ORDER
                                      )   RELATING CASES**
24       v.                           )
                                      )
25                                    )
                                      )
26 ARM HOLDINGS, PLC; ARM LIMITED;    )
   ARM, INC. and DOES 1-100,          )
27                                    )
                     Defendants.      )
28                                    )

L.R. 3-12 PROPOSED ORDER
C 02-02521 (JF)                          - 1 -

1
2
3
4
5
6
     Having considered Plaintiff Nazomi Communications, Inc. ("Nazomi") and Defendants ARM Ltd. and ARM, Inc's (collectively, "ARM") Administrative Motion to Consider Whether Cases Should be Related, the Court GRANTS the motion and finds that *Nazomi Communications, Inc. v. ARM Holdings, PLC et al.*, Case No. 5:02-cv-02521-JF (N.D. Cal.). is RELATED to *Nazomi Communications Inc. v. Nokia Corp. et al.*, Case No. C 10-4686-CRB (N.D. Cal.).

7  Dated: 11/10/10                                    _____
8                                                     Hon. Jeremy Fogel
                                                      United States District Court Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

L.R. 3-12 PROPOSED ORDER
C 02-02521 (JF)                                - 2 -