RECEIVED

NOV ~ ~ 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NAZOMI COMMUNICATIONS INC.,

    Plaintiff,

v.

NOKIA CORPORATION, et al.

    Defendant.

CASE NO. C 10-04686 CRB

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Kevin Anderson, whose business address and telephone number is Wiley Rein, LLP, 1776 K Street N.W., Washington, D.C. 20006, (202) 719-7000

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants/Interveners

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 5 Dec 2010



United States District Judge

COPY