PEPPER HAMILTON, LLP
Harry P. Weitzel (CA BAR NO. 149934)
weitzelh@pepperlaw.com
4 Park Plaza, Suite 1200
Irvine, California 92614-5955
Telephone: (949) 567-3500
Facsimile: (949) 521-9101

William D. Belanger (MA Bar No. 657184)
belangerw@pepperlaw.com
James M. Wodarski (MA Bar No. 627036)
wodarskj@pepperlaw.com
Matthew D. Durell (GA Bar No. 142061)
durellm@pepperlaw.com
David A. Loo (MA Bar No. 669305)
lood@pepperlaw.com
*All admitted pro hac vice*
125 High Street
15th Floor, Oliver Street Tower
Boston, Massachusetts 02110
Telephone: (617) 204-5100
Facsimile: (617) 204-5150

Attorneys for Plaintiff
NAZOMI COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nazomi Communications, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Nokia Corporation, et al.<br><br>Defendants. | Case No. 5:10-cv-4686-JF<br><br>**JOINT CIVIL L.R. 3-12 ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

In accordance with Civil Local Rules 3-12 and 7-11, Plaintiff Nazomi Communications, Inc. ("Nazomi") and Defendants, Samsung Telecommunications America, LLC, Samsung Electronics Co., Ltd, Samsung Electronics America, Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., Kyocera Corporation, Kyocera

International, Inc., Kyocera Communications, Inc., and Kyocera America, Inc. (collectively "the Undersigned Parties") submit this Administrative Motion to request that the Court consider whether the present case, *Nazomi Communications, Inc. v. Nokia Corporation, et al.*, Case No. 5:10-cv-4686-JF ("*Nazomi I*") should be related to a separate matter pending before Judge Breyer, *Nazomi Communications, Inc. v. Samsung Telecommunications, Inc. et al.*, Case No. 3:10-cv-05545 ("*Nazomi II*").[1]

Under Civil Local Rule 3-12(a), matters are related if: (1) they involve substantially the same parties, property, transaction or event; and (2) adjudication by different judges will result in unduly burdensome duplication of labor and expense or conflicting results. *See* L.R. 3-12(a). Applied here, evaluation of *Nazomi II* in view of *Nazomi I* compels the conclusion that both prongs of the L.R. 3-12(a) test are met and that *Nazomi II* should be deemed related to *Nazomi I*.

First, there is substantial overlap in the property and technology at issue in the two cases because both patents and the technology at issue in *Nazomi I* are also at issue in *Nazomi II*. Second, for the same reasons detailed in Nazomi and ARM's

---

[1] Counsel for the HTC Defendants ("HTC") has authorized Nazomi to report the following: HTC neither opposes nor joins this Motion. HTC notes that Plaintiff Nazomi's allegations against HTC are substantially different, in scope and in kind, from those asserted against the other Defendants. For example, only one of the three patents at issue in the *Samsung* case has been asserted against HTC, and none of the patents at issue in the *Nokia* case have been asserted against HTC. Therefore, HTC expressly reserves the right to seek separate treatment from this Court as appropriate during the course of this case. In particular, HTC may seek separate treatment regarding the scheduling and the conduct of various proceedings together with other Defendants.

prior motion to relate *Nazomi I* to an earlier lawsuit between Nazomi and ARM (*Nazomi Communications, Inc. v. ARM Holdings PLC, et al.*, Case No. 5:02-cv-02521-JF), reassignment of *Nazomi II* to Judge Fogel will both further judicial efficiency and avoid inconsistent judgments. See Exhibit A.[2]

Additionally, in transferring *Nazomi II* from the Central District of California, Judge Carter expressly noted that *Nazomi II* is related to *Nazomi I* and contemplated that *Nazomi II*, like *Nazomi I*, be adjudicated by Judge Fogel. See Exhibit A at Ex. 1, page 5 (transferring *Nazomi I* to this District to allow for eventual intra-district transfer to Judge Fogel); Exhibit B (stating that *Nazomi II* is related to *Nazomi I* and ordering parties to show cause as to why *Nazomi II* should not be transferred for the same reasons as *Nazomi I*); Exhibit C (transferring *Nazomi II* to this District for the same reasons as *Nazomi I*).

For the foregoing reasons, the Undersigned Parties request that the Court enter the accompanying proposed Order relating *Nazomi II* to *Nazomi I*.

---

[2] The Court granted Nazomi and ARM's joint motion to relate *Nazomi I* to the prior Nazomi/ARM litigation on November 10, 2010. See Docket No. 230.

| | |
|---|---|
| 1  Dated:  February 28, 2011 | |
| 2 | /s/  Matthew Durell |
| | Matthew Durell |
| 3 | durellm@pepperlaw.com |
| | Pepper Hamilton, LLP |
| 4 | 125 High Street |
| 5 | 15th Floor, Oliver Street Tower |
| | Boston, Massachusetts 02110 |
| 6 | Telephone:  (617) 204-5102 |
| 7 | Facsimile:   (617) 204-5150 |

Attorney for Plaintiff Nazomi Communications, Inc.

Dated:  February 28, 2011

/s/   Mark Fowler
Mark Fowler
mark.fowler@dlapiper.com
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303
Telephone:  (650) 833-2048

Attorney for the Samsung Defendants

Dated:  February 28, 2011

/s/   Rita Tautkus
Rita E. Tautkus
rtautkus@morganlewis.com
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone:  (415) 442-1357
Facsimile:   (415) 442-1001

Attorney for the LG Defendants

Dated: February 28, 2011

/s/   Michael Dorfman
Michael A. Dorfman
michael.dorfman@kattenlaw.com
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5658
Facsimile: (312) 577-4738

Attorney for the Kyocera Defendants

## ECF CERTIFICATION

Pursuant to General Order No. 45, § X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

DATED: February 28, 2011          BY: /s/   Matthew Durell