PEPPER HAMILTON, LLP
Harry P. Weitzel (CA BAR NO. 149934)
weitzelh@pepperlaw.com
4 Park Plaza, Suite 1200
Irvine, California 92614-5955
Telephone:   (949) 567-3500
Facsimile:   (949) 521-9101

William D. Belanger (MA Bar No. 657184)
belangerw@pepperlaw.com
James M. Wodarski (MA Bar No. 627036)
wodarskj@pepperlaw.com
Matthew D. Durell (GA Bar No. 142061)
durellm@pepperlaw.com
David A. Loo (MA Bar No. 669305)
lood@pepperlaw.com
*All admitted pro hac vice*
125 High Street
15th Floor, Oliver Street Tower
Boston, Massachusetts 02110
Telephone:  (617) 204-5100
Facsimile:  (617) 204-5150

Attorneys for Plaintiff
NAZOMI COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Nazomi Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Nokia Corp., et al. <br><br> Defendants. | Case No. 5:10-cv-4686-JF <br><br> [PROPOSED] ORDER ADOPTING STIPULATION TO EXTEND INITIAL CASE MANAGEMENT CONFERENCE DATE FROM APRIL 29, 2011 TO JUNE 10, 2011 |

Before the Court is the parties' Stipulation to Extend the Initial Case Management Conference from April 29, 2011 to June 10, 2011. PURSUANT TO THE STIPULATION, the Court ORDERS as follows:

1. The Initial Case Management Conference, currently set for April 29, 2011, shall be continued until June 10, 2011.

2. The June 10, 2011 conference will take place at 10:30 a.m. in courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California before the Hon. Jeremy Fogel;

3. The parties will not re-submit their Case Management Report;

4. To the extent not already submitted, each party shall file their Local Rule 16-8(b) ADR certification by May 27, 2011; and

5. The parties shall file their Local Rule 16-8(c) ADR stipulation by May 27, 2011.

DATED: 4/26/11                    BY: _____
                                  Hon. Jeremy Fogel
                                  United States District Judge