# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NAZOMI COMMUNICATIONS INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NOKIA CORP., et al.,<br><br>　　　　　Defendants. | Case No. 5:10-cv-4686 (JF)<br><br>[PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANT AMAZON.COM INC. TO SERVE ITS <u>INITIAL DISCLOSURES</u> |

## [PROPOSED] ORDER

Based on the stipulation by Plaintiff Nazomi Communications, Inc., and Defendant Amazon.com, Inc. to extend time for Amazon.com Inc. to serve its initial disclosures, and good cause appearing, it is hereby ordered that the due date for Amazon.com, Inc. to serve its initial disclosures is July 6, 2011.

BY THE COURT:

Dated:　　7/19/11　　　　　　　　　　　　_____

UNITED STATES DISTRICT COURT JUDGE

ORDER EXTENDING THE TIME FOR AMAZON.COM INC.
TO SERVE ITS INITIAL DISCLOSURES (CASE NO. 5:10-CV-4686)