PEPPER HAMILTON, LLP
Harry P. Weitzel (CA BAR NO. 149934)
weitzelh@pepperlaw.com
4 Park Plaza, Suite 1200
Irvine, California 92614-5955
Telephone:    (949) 567-3500
Facsimile:    (949) 521-9101

William D. Belanger (MA Bar No. 657184)
belangerw@pepperlaw.com
James M. Wodarski (MA Bar No. 627036)
wodarskj@pepperlaw.com
Matthew D. Durell (GA Bar No. 142061)
durellm@pepperlaw.com
David A. Loo (MA Bar No. 669305)
lood@pepperlaw.com
*All admitted pro hac vice*
125 High Street
15th Floor, Oliver Street Tower
Boston, Massachusetts 02110
Telephone:  (617) 204-5100
Facsimile:   (617) 204-5150

Attorneys for Plaintiff
NAZOMI COMMUNICATIONS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Nazomi Communications, Inc., <br><br> Plaintiff, <br> v. <br><br> Nokia Corp., et al. <br><br> Defendants. | Case No. 5:10-cv-4686-JF |
| Nazomi Communications, Inc., <br><br> Plaintiff, <br> v. <br><br> Samsung Telecommunications America, LLC, et al. <br><br> Defendants. | Case No. 5:10-cv-5545-JF |

*Nazomi v. Nokia, et al.,* **5 :10-cv-4686-JF**
*Nazomi v. Samsung, et al.,* **5 :10-cv-5545-JF**

1

**ORDER ADOPTING STIPULATION TO EXTEND MEDIATION DEADLINES**


# [PROPOSED] ORDER ADOPTING
# STIPULATION TO EXTEND MEDIATION DEADLINES

Before the Court is the parties stipulation to extend the mediation deadlines for *Nazomi I* and *Nazomi II*. PURSUANT TO THE STIPULATION, the Court ORDERS as follows:

1. The mediation deadlines for *Nazomi I* and *Nazomi II* are extended to December 9, 2011;

2. The same mediator will officiate mediation sessions for both *Nazomi I* and *Nazomi II*; and

3. Time donated by the mediator under ADR Local Rule 6-3(c) shall apply to both *Nazomi I* and *Nazomi II*.

DATED: 8/4/11         BY: _____
                          Hon. Jeremy Fogel
                          United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| *Nazomi v. Nokia, et al.*, 5 :10-cv-4686-JF<br>*Nazomi v. Samsung, et al.*, 5 :10-cv-5545-JF | 3 | **ORDER ADOPTING STIPULATION TO EXTEND MEDIATION DEADLINES** |
|---|---|---|