1  EDWARD V. KING, BAR NO. 85726
     evking@kingandkelleher.com
2  KING & KELLEHER, LLP
   Four Embarcadero Center, Seventeenth Floor
3  San Francisco CA 94111
   Telephone:    415.781.2888
4  Facsimile:    415.781.3011

5  Kevin P. Anderson (D.C. Bar # 476504), admitted *pro hac vice*
     kanderson@wileyrein.com
6  WILEY REIN LLP
   1776 K Street NW
7  Washington, DC  20006
   Telephone:    202.719.7000
8  Facsimile:    202.719.7049

9  Attorneys for Defendants/Intervenors
   ARM Ltd. and ARM, Inc.

10

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Nazomi Communications, Inc.,<br><br>                    Plaintiff,<br>       v.<br><br>Nokia Corp., et al.<br><br>                    Defendants. | Case No. 5:10-cv-4686-JF |
| Nazomi Communications, Inc.,<br><br>                    Plaintiff,<br>       v.<br><br>Samsung Telecommunications America, LLC, et al.<br><br>                    Defendants. | Case No. 5:10-cv-5545-JF |

---

*Nazomi v. Nokia, et al.*, 5 :10-cv-4686-JF  
*Nazomi v. Samsung, et al.*, 5 :10-cv-5545-JF

1

ORDER ADOPTING STIPULATION OF
INTERVENTION BY ARM IN NAZOMI II

**[PROPOSED] ORDER ADOPTING
STIPULATION TO EXTEND MEDIATION DEADLINES**

Before the Court is the parties stipulation to confirm ARM's intervention in *Nazomi II*.

PURSUANT TO THE STIPULATION, the Court ORDERS as follows:

    1.    ARM, Inc. and ARM, Ltd.'s motion for intervention in *Nazomi II* is granted.

DATED: 9/9/11    BY: _____
                                           Hon. Jeremy Fogel
                                           United States District Judge