PEPPER HAMILTON, LLP
Harry P. Weitzel (CA BAR NO. 149934)
weitzelh@pepperlaw.com
4 Park Plaza, Suite 1200
Irvine, California 92614-5955
Telephone:   (949) 567-3500
Facsimile:   (949) 521-9101

William D. Belanger (MA Bar No. 657184)
belangerw@pepperlaw.com
James M. Wodarski (MA Bar No. 627036)
wodarskj@pepperlaw.com
Matthew D. Durell (GA Bar No. 142061)
durellm@pepperlaw.com
David A. Loo (MA Bar No. 669305)
lood@pepperlaw.com
*All admitted pro hac vice*
125 High Street
15th Floor, Oliver Street Tower
Boston, Massachusetts 02110
Telephone:  (617) 204-5100
Facsimile:   (617) 204-5150

Attorneys for Plaintiff
NAZOMI COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nazomi Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Nokia Corporation, et al., <br><br> Defendants. | Case No. 5:10-cv-04686-JF <br><br> **[PROPOSED] ORDER DISMISSING GARMIN CORPORATION, GARMIN INTERNATIONAL, INC. AND GARMIN U.S.A., INC. WITH PREJUDICE** |

Based on the stipulation by Garmin Corporation, Garmin International, Inc. and Garmin U.S.A., Inc. (collectively, "Garmin") and Nazomi Communications, Inc. to dismiss Garmin from this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), and good cause appearing, it is

1  hereby ordered that Garmin is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), each
2  party to bear its own costs, expenses and attorney fees.
3
4
5  Dated this 9th day of September, 2011.
6                                                                        BY: _____
                                                                               United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Nazomi vs. Nokia, et al.**
**Case No. 5:10-cv-04686-JF**                          2