1  Edward Vincent King, Jr. (SBN 085726)
2  Dirk van Ausdall (SBN 117279)
   KING & KELLEHER, LLP
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111
4  Telephone:  (415) 781-2888
   Facsimile:   (415) 781-3011
5  Emails:  evking@kingandkelleher.com
              dvanausdall@kingandkelleher.com
6
7  Kevin Anderson (*pro hac vice*)
   Karin Hessler *(pro hac vice)*
8  WILEY REIN LLP
   1776 K Street, N.W.
9  Washington, D.C. 20006
   Telephone:  (202) 719-7000
10 Facsimile:   (202) 719-7049
11 Email:  kanderson@wileyrein.com
            khessler@wileyrein.com
12
   Attorneys for Defendant/Interveners ARM LTD. and ARM INC.,
13 Defendant WESTERN DIGITAL TECHNOLOGIES, INC., and
   Defendant WESTERN DIGITAL CORPORATION
14

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Nazomi Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Nokia Corp., et al. <br><br> Defendants. | Case No. 5:10-cv-4686-RMW <br><br> **[] ORDER ADOPTING STIPULATION TO EXTEND DISCLOSURE DEADLINES** |

# [] ORDER ADOPTING
# JOINT STIPULATION TO EXTEND DISCLOSURE DEADLINES

Before the Court is the parties' joint stipulation to extend certain disclosure deadlines in *Nazomi Communications, Inc. v. Nokia Corp., et al.*, 5:10-cv-4686-RMW.  PURSUANT TO THE STIPULATION, the Court ORDERS as follows:

1. The deadline for defendants to serve their invalidity contentions is extended to November 7, 2011, provided that defendants do not request further extension of this deadline.

2. The deadline for parties to exchange their proposed claim terms under Patent Rule 4-1 is extended to November 25, 2011.

3. The deadline for parties to exchange their proposed constructions under Patent Rule 4-2 is extended to December 16, 2011.

4. The deadline for parties to submit their joint claim construction and prehearing statement under Patent Rule 4-3 is extended to January 6, 2012.

5. If upon rescheduling by the Court, a *Markman* hearing is not scheduled in this case prior to April 27, 2012, the new Patent Rule 4-1, 4-2 and 4-3 deadlines will be subject to further extension as agreed to by the parties.

DATED:___32 18 14233___          BY: /s/ Ronald M. Whyte

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE