EDWARD VINCENT KING, JR. (BAR NO. 85726)
evking@kingandkelleher.com
KING & KELLEHER, LLP
Four Embarcadero Center, Seventeenth Floor
San Francisco CA 94111
Telephone:   415.781.2888
Facsimile:    415.781.3011

Kevin P. Anderson (D.C. Bar # 476504), admitted *pro hac vice*
kanderson@wileyrein.com
WILEY REIN LLP
1776 K Street NW
Washington, DC  20006
Telephone:   202.719.7000
Facsimile:    202.719.7049

Attorneys for Defendants/Intervenors ARM Ltd. and ARM, Inc.,
Defendant WESTERN DIGITAL TECHNOLOGIES, INC.,
and Defendant WESTERN DIGITAL CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Nazomi Communications, Inc.,<br><br>            Plaintiff,<br>     v.<br><br>Nokia Corp., et al.<br><br>            Defendants. | Case No. 5:10-cv-4686-RMW |
| Nazomi Communications, Inc.,<br><br>            Plaintiff,<br>     v.<br><br>Samsung Telecommunications America, LLC, et al.<br><br>            Defendants. | Case No. 5:10-cv-5545-RMW |

*Nazomi v. Nokia, et al.,* 5 :10-cv-4686-RMW
*Nazomi v. Samsung, et al.,* 5 :10-cv-5545-RMW

1

**ORDER ADOPTING STIPULATION TO EXTEND MEDIATION DEADLINES**

**[] ORDER ADOPTING
STIPULATION TO EXTEND MEDIATION DEADLINES**

Before the Court is the parties' stipulation to extend the mediation deadlines for *Nazomi I* and *Nazomi II*. PURSUANT TO THE STIPULATION, the Court ORDERS as follows:

1. The current mediation deadlines for *Nazomi I* and *Nazomi II* of December 9, 2011 is vacated and the parties will submit an order setting a new deadline after the Court schedules a Markman hearing;

2. The same mediator will officiate mediation sessions for both *Nazomi I* and *Nazomi II*; and

3. Time donated by the mediator under ADR Local Rule 6-3(c) shall apply to both *Nazomi I* and *Nazomi II*.

DATED: _____    BY: /s/ Ronald M. Whyte
Hon. Ronald M. Whyte
United States District Judge