| | |
|---|---|
| 1 | PEPPER HAMILTON, LLP |
| | Harry P. Weitzel (CA BAR NO. 149934) |
| 2 | weitzelh@pepperlaw.com |
| | 4 Park Plaza, Suite 1200 |
| 3 | Irvine, California  92614-5955 |
| | Telephone:     (949) 567-3500 |
| 4 | Facsimile:      (949) 521-9101 |

William D. Belanger (MA Bar No. 657184)
belangerw@pepperlaw.com
James M. Wodarski (MA Bar No. 627036)
wodarskj@pepperlaw.com
Matthew D. Durell (GA Bar No. 142061)
durellm@pepperlaw.com
*All admitted pro hac vice*
125 High Street
15th Floor, Oliver Street Tower
Boston, Massachusetts 02110
Telephone:  (617) 204-5100
Facsimile:   (617) 204-5150

Attorneys for Plaintiff
NAZOMI COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Nazomi Communications, Inc., | Case No. 5:10-cv-4686-RMW |
| Plaintiff, | |
| v. | |
| Nokia Corp., et al. | |
| Defendants. | |
| Nazomi Communications, Inc., | Case No. 5:10-cv-5545-RMW |
| Plaintiff, | |
| v. | |
| Samsung Telecommunications America, LLC, et al. | |
| Defendants. | |

*Nazomi v. Nokia, et al.,* 5:10-cv-4686-RMW
*Nazomi v. Samsung, et al.,* 5:10-cv-5545-RMW

1   ORDER REGARDING CASE SCHEDULE

**[JOINT ] ORDER REGARDING CASE SCHEDULE**

Based on the agreement of the parties reached during the November 18, 2011 case management conference, the Court ORDERS as follows:

1. The deadline for Nazomi to amend its complaint either by stipulation or noticed motion is December 9, 2011;

2. Nazomi shall serve revised infringement contentions on or before January 13, 2012, and such revisions shall be permitted only to the extent that new causes of action for patent infringement are added to the complaint by amendment pursuant to paragraph 1 above, and only then as to those defendants against whom those new patent causes of action are asserted;

3. The Defendants shall serve revised invalidity contentions on or before March 13, 2012, and such revisions shall be permitted only with respect to any new causes of action for patent infringement that are added pursuant to paragraph 1 above;

4. All pending future deadlines in Orders prior to the November 18, 2011 case management conference are vacated;

5. The Court will hold a further case management conference on March 30, 2012 at 10:30 a.m.; and

6. The parties shall to submit a joint case management statement on or before March 23, 2012. The statement shall include a proposed schedule for anticipated motions for summary judgment, a technology tutorial, and a *Markman* hearing, except for any summary judgment motion(s) filed prior to the March 30, 2012 hearing which will proceed along the schedule detailed in the Court's standard procedures.

DATED:_____   BY:_/s/ Ronald M. Whyte_____
                                                                  Hon. Ronald M. Whyte
                                                                  United States District Judge