**E-FILED on** 7/17/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAZOMI COMMUNICATIONS, INC., | No. C-10-04686 RMW |
| Plaintiff, | |
| v. | ORDER RE TECHNOLOGY TUTORIAL |
| NOKIA CORPORATION, et al., | |
| Defendants. | |
| NAZOMI COMMUNICATIONS, INC., | No. C-10-05545 RMW |
| Plaintiff, | |
| v. | |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, et al., | |
| Defendants. | |

Plaintiff has proposed that the technology tutorial presently set for August 2, 2012 be consolidated with the expedited claim construction and summary judgment proceedings set for August 9, 2012. Because the parties do not agree on the proposal and plaintiff has not presented a

ORDER RE TECHNOLOGY TUTORIAL—No. C-10-04686 RMW & No. C-10-05545 RMW
LJP

1  compelling reason for deviating from the original schedule, the court maintains the schedule as set
2  forth in the case management order.

5  DATED:      July 17, 2012
   _____
   RONALD M. WHYTE
   United States District Judge