PEPPER HAMILTON, LLP
Harry P. Weitzel (CA BAR NO. 149934)
weitzelh@pepperlaw.com
4 Park Plaza, Suite 1200
Irvine, California 92614-5955
Telephone:    (949) 567-3500
Facsimile:    (949) 521-9101

William D. Belanger (MA Bar No. 657184)
belangerw@pepperlaw.com
Frank D. Liu (MA Bar No. 675431)
liuf@pepperlaw.com
*All admitted pro hac vice*
125 High Street
19th Floor, High Street Tower
Boston, Massachusetts 02110
Telephone:  (617) 204-5100
Facsimile:  (617) 204-5150

Attorneys for Plaintiff
NAZOMI COMMUNICATIONS, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Nazomi Communications, Inc.,<br>  Plaintiff,<br>v.<br>Nokia Corporation et al.<br>  Defendants. | Case Nos. 5:10-cv-04686 RMW and 5:10-cv-05545 RMW (related)<br><br>**[] ORDER ALLOWING NAZOMI COMMUNICATIONS, INC. TO USE CERTAIN EQUIPMENT IN COURTROOM**<br><br>Date:        August 2, 2012<br>Time:       9:00 a.m.<br>Location:  Courtroom 6, 4th Floor<br>Judge:      The Hon. Ronald M. Whyte |
| Nazomi Communications, Inc.,<br>  Plaintiff,<br>v.<br>Samsung Telecommunications America, LLC et al.<br>  Defendants. | |

//

//

1    Pursuant to the Court's order dated July 17, 2102 (Dkt. No. 382 (*Nazomi v. Nokia*), Dkt.
2    No. 220 (*Nazomi v. Samsung*)), a technology tutorial for the above captioned matters was set for
3    August 2, 2012. Nazomi Communications, Inc. ("Nazomi") has requested the Court to allow
4    Nazomi to bring certain equipment into courtroom 6, 4th floor for the technology tutorial. In
5    particular, Nazomi has sought to bring the following equipment into the courtroom for its
6    technology tutorial: a laptop, projector, and screen. Having Nazomi's request,

7    IT IS HEREBY ORDERED that Nazomi is allowed to bring a laptop, projector, and
8    screen to courtroom 6, 4th floor for the purposes of the technology tutorial scheduled for August
9    2, 2012 at 9AM.

10   IT IS SO ORDERED.

12   Dated: Ì ÐÐG                               _____
                                                 The Honorable Ronald M. Whyte
13                                               United States District Court Judge

---

Nazomi v. Nokia, et al., 5:10-cv-04686          2          [] ORDER ALLOWING NAZOMI
Nazomi v. Samsung, et al., 5:10-cv-05545                   TO USE CERTAIN EQUIPMENT IN
                                                                    COURTROOM