EDWARD VINCENT KING, JR. (CA SBN 85,726)
evking@kingandkelleher.com
**KING & KELLEHER, LLP**
Four Embarcadero Center, Seventeenth Floor
San Francisco CA 94111
Telephone:   415.781.2888
Facsimile:    415.781.3011

KEVIN P. ANDERSON (admitted *pro hac vice*)
kanderson@wileyrein.com
**WILEY REIN LLP**
1776 K Street NW
Washington, DC  20006
Telephone:   202.719.7000
Facsimile:    202.719.7049

*Attorneys for Defendants Western Digital Corporation and  Western Digital Technologies Inc. and Defendants-Intervenors ARM Ltd. and ARM, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Nazomi Communications, Inc.,<br><br>           Plaintiff,<br>     v.<br><br>Nokia Corp., et al.<br><br>           Defendants. | Case Nos. 5:10-cv-4686-RMW and 5:10-cv-5545-RMW |
| Nazomi Communications, Inc.,<br><br>           Plaintiff,<br>     v.<br><br>Samsung Telecommunications America, LLC, et al.<br><br>           Defendants. | **[] ORDER ALLOWING DEFENDANTS TO USE CERTAIN EQUIPMENT IN COURTROOM**<br><br>Date: August 2, 2012<br>Time: 9:00 a.m.<br>Location: Courtroom 6, 4th Floor<br>Judge: The Hon. Ronald M. Whyte |

1  Pursuant to the Court's order dated July 17, 2012 (Dkt. No. 382 (*Nazomi v. Nokia*), Dkt. No. 220 (*Nazomi v. Samsung*)), a technology tutorial for the above captioned matters was set for August 2, 2012. Defendants Western Digital Technologies, Inc., Western Digital Corporation, ARM Ltd., and ARM, Inc. (collectively, "Defendants") request that the Court to allow Defendants to bring certain equipment into courtroom 6, 4th floor for the technology tutorial. In particular, Defendants seek to bring the following equipment into the courtroom for their technology tutorial: a laptop, projector, and screen. Having Defendants' request,

IT IS HEREBY ORDERED that Defendants are allowed to bring a laptop, projector, and screen to courtroom 6, 4th floor for the purposes of the technology tutorial scheduled for August 2, 2012 at 9AM.

IT IS SO ORDERED.

DATED:_____  BY:_____
 Hon. Ronald M. Whyte
 United States District Judge

*Nazomi v. Nokia, et al.,* 5:10-cv-4686-RMW
*Nazomi v. Samsung,* 5:10-cv-5545-RMW                2            [] ORDER RE COURTROOM EQUIPMENT