1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **NAZOMI COMMUNICATIONS, INC.,** | ) |
| **Plaintiff,** | ) Case No. 5:10-CV-4686-RMW ) |
| v. | ) ) |
| **NOKIA CORP., et al.,** | ) ) |
| **Defendants.** | ) |
| **NAZOMI COMMUNICATIONS, INC.,** | ) Case No. 5:10-CV-05545-RMW |
| **Plaintiff,** | ) Date: July 20, 2012 ) Time: 9:00 a.m. |
| v. | ) Place: Courtroom 6, 4th Floor ) |
| **SAMSUNG TELECOMMUNICATIONS, INC., et al.,** | ) ~~PROPOSED~~ **ORDER ON STIPULATION** ) **AND WITHDRAWAL OF MOTION** |
| **Defendants.** | ) ) |

On April 16, 2012, the Court issued a Case Management Order (D.I. 340 in *Nazomi I* and D.I. 173 in *Nazomi II*). On June 15, 2012, Defendants filed a motion to limit the number of asserted claims to 20, and for clarification as to the number of claims that this Court would construe at the full Markman hearings in *Nazomi I* and *Nazomi II*. On June 29, 2012, Plaintiff agreed to limit the number of asserted claims to 20 against all Defendants in *Nazomi I* and *Nazomi II* by August 10,

2012. On July 6, 2012, Plaintiff and Defendants entered into a stipulation modifying the schedule set by this Court in its April 16, 2012 Case Management Order, subject to this Court's approval.

In accord with the above, the Court modifies the schedule as follows, all other dates set forth in the April 16, 2012 Case Management Order remaining the same.

| Date | Expedited Claim Construction and Summary Judgment Schedule | Full *Markman* and Subsequent Proceedings |
|---|---|---|
| August 10, 2012 (new) | Nazomi to identify the 20 claims asserted against all Defendants in *Nazomi I* and *Nazomi II* | |
| ~~August 17, 2012~~ August 24, 2012 | | Patent L.R. 4-1 exchange of proposed terms for construction at full *Markman* hearings in *Nazomi I* and *Nazomi II* |
| ~~August 31, 2012~~ September 7, 2012 | | Patent L.R. 4-2 exchange of preliminary constructions and supporting evidence for full *Markman* hearings in *Nazomi I* and *Nazomi II* |
| September 10, 2012 | | Earliest date for filing of summary judgment motion on cap for royalty damages |
| ~~September 14, 2012~~ September 21, 2012 | | Patent L.R. 4-3 joint claim construction and prehearing statements for full *Markman* hearings in *Nazomi I* and *Nazomi II* |

The Court notes that Defendants have withdrawn their motion for clarification without prejudice.

DATED:   Cwi wuv'35."4234

*/s/ Ronald M. Whyte*
UNITED STATES DISTRICT COURT JUDGE