1  EDWARD VINCENT KING, JR. (CA SBN 85,726)
   evking@kingandkelleher.com
2  **KING & KELLEHER, LLP**
   Four Embarcadero Center, Seventeenth Floor
3  San Francisco CA 94111
   Telephone:   415.781.2888
4  Facsimile:   415.781.3011

5  KEVIN P. ANDERSON (admitted *pro hac vice*)
   kanderson@wileyrein.com
6  **WILEY REIN LLP**
   1776 K Street NW
7  Washington, DC  20006
   Telephone:   202.719.7000
8  Facsimile:   202.719.7049

9  *Attorneys for Defendants Western Digital*
   *Corporation and  Western Digital Technologies*
10 *Inc. and Defendants-Intervenors ARM Ltd.*
   *and ARM, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Nazomi Communications, Inc.,<br><br>         Plaintiff,<br>    v.<br><br>Nokia Corp., et al.<br><br>         Defendants. | Case Nos. 5:10-cv-4686-RMW and 5:10-cv-5545-RMW |
| Nazomi Communications, Inc.,<br><br>         Plaintiff,<br>    v.<br><br>Samsung Telecommunications America, LLC, et al.<br><br>         Defendants. | **[] ORDER ADOPTING JOINT STIPULATION REGARDING DISCLOSURE DEADLINES** |

**[] ORDER ADOPTING
JOINT STIPULATION TO EXTEND DISCLOSURE DEADLINES**

Before the Court is the parties' joint stipulation to extend certain disclosure deadlines in the *Nazomi Communications, Inc. v. Nokia Corp., et al.*, 5:10-cv-4686-RMW and *Nazomi Communications, Inc. v. Samsung Telecommunications America, LLC et al.*, 5:10-cv-5545-RMW matters. PURSUANT TO THE STIPULATION, the Court ORDERS as follows:

1. The deadline for the parties to exchange their proposed constructions under Patent Rule 4-2 with respect to the hardware patents is extended until Wednesday, September 12, 2012.

2. The deadline for the parties to exchange their proposed constructions under Patent Rule 4-2 with respect to the software patent is extended until Wednesday, September 12, 2012.

DATED: _____  BY: _____
HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

*Nazomi v. Nokia, et al.,* 5:10-cv-4686-RMW
*Nazomi v. Samsung,* 5:10-cv-5545-RMW
2
[] ORDER RE DISCLOSURE DEADLINES