Laurie M. Charrington (SBN 229679)
lmcharrington@JonesDay.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

David B. Cochran (Ohio SBN 0066647)
*(pro hac vice)*
dcochran@jonesday.com
JONES DAY
North Piont
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Attorneys for Defendant and
Counterclaim Plaintiff, VIZIO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NAZOMI COMMUNICATIONS, INC., | Case No. 5:10-cv-04686-RMW |
| Plaintiff, | **REQUEST FOR ORDER PERMITTING WITHDRAWAL AS COUNSEL AND [] ORDER** |
| v. | |
| NOKIA CORPORATION, et al., | |
| Defendants. | |

Case No. 5:10-cv-04686-RMW

MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT, AND COUNTERCLAIM PLAINTIFF, VIZIO, INC

1   Pursuant to Local Rule 11-5(a), the undersigned counsel hereby requests that the Court
2   issue an order permitting counsel to withdraw from representing Defendant Vizio, Inc. in the
3   above captioned case.  Defendant Vizio, Inc. is represented by other counsel in the above
4   captioned case.  Vizio, Inc. has been notified of this request, and has consented to this request.
5   Written notice of this request has been given to all other parties who have appeared in the case.

Dated: September 19, 2012                    Respectfully submitted,

By: /s/ Laurie M. Charrington
    JONES DAY
    Jones Day
    1755 Embarcadero Road
    Palo Alto, CA  94303
    (650) 739-3900

By: /s/ David B. Cochran
    JONES DAY
    North Point
    901 Lakeside Avenue
    Cleveland, Ohio 44114-1190
    Telephone: (216) 586-3939

Attorneys for Defendant and Counterclaim Plaintiff, VIZIO, INC.

**IT IS SO ORDERED.**

Dated:  Qevqdgt"6, 2012

_/s/ Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Case No. 5:10-cv-04686-RMW

2

MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT, AND COUNTERCLAIM PLAINTIFF, VIZIO, INC