1   KEVIN G. MCBRIDE (SBN 195866)
    JOANNA H. KIM (SBN 183799)
2   kmcbride@akingump.com
    jkim@akingump.com
3   **AKIN GUMP STRAUSS HAUER & FELD LLP**
    633 West Fifth Street, Suite 5000
4   Los Angeles, California 90071
    Telephone:      213-254-1200
5   Facsimile:      213-254-1201

6   Attorneys for Defendant
    VIZIO, INC.

7

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13  NAZOMI COMMUNICATIONS, INC.,          Case No. 5:10-CV-04686 RMW

14              Plaintiff,                Case No. 5:10-CV-05545 RMW

15        v.                              **[] ORDER RE STIPULATION
                                          RE SCHEDULING CLAIMS
16  NOKIA CORP., et al.                   CONSTRUCTION AND MOTION FOR
                                          SUMMARY JUDGMENT**
17              Defendants.

18  NAZOMI COMMUNICATIONS, INC.,

19              Plaintiff,

20        v.

21  SAMSUNG TELECOMMUNICATIONS
    AMERICA, LLC, et al.,

22              Defendant,

23

24

25

26

27

28
                              1
    ────────────────────────────────────────
                     PROOF OF SERVICE

                                          5:10-CV-10-5545 RMW
    202860000

**[] ORDER RE STIPULATION RE SCHEDULING**

**CLAIMS CONSTRUCTION AND MOTION FOR SUMMARY JUDGMENT**

Pursuant to the stipulation concurrently filed by Plaintiff Nazomi Comm., Inc. ("Plaintiff") and Defendants Kyocera Comm., Inc., HTC Corp., HTC America, Inc., Amazon, Inc., Samsung Telecommunications America, LLC, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., VIZIO, Inc., Nokia Inc., Nokia Corp., ARM Ltd., ARM, Inc., LG Electronics Inc., and LG Electronics Mobilecomm USA, Inc. (collectively, "Defendants"), the Court ORDERS as follows:

(1) *Markman* hearing and hearing on any motion for summary judgment based upon claim dispositive construction as set forth in the Case Management Order shall be continued to November 28, 2012, at 9 a.m.

(2) Technology tutorial as set forth in the Case Management Order shall be continued to November 19, 2012, at 1 p.m.

(3) Patent L.R. 4-5(a) Plaintiff's opening claim construction brief due; Motion for summary judgment to be filed by any party who believes its claim construction of any term, if adopted, is claim dispositive as set forth in the Case Management Order shall be continued to October 22, 2012.

(4) Patent L.R. 4-5(b) Defendants' responsive construction brief due; Opposition to summary judgment motion, if applicable, to be filed as set forth in the Case Management Order shall be continued to November 5, 2012.

(5) Patent L.R. 4-5(c) Plaintiff's responsive claim construction brief due; Reply to Opposition to summary judgment motion, if applicable, to be filed as set forth in the Case Management Order shall be continued to November 12, 2012.

**IT IS SO ORDERED:**

Dated:  October __FF__, 2012

_____
Hon. Ronald M. Whyte
United States District Court Judge

PROOF OF SERVICE

5:10-CV-10-5545 RMW

202860000