1

2

3

4

5           UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7              SAN JOSE DIVISION

8

NAZOMI COMMUNICATIONS, INC.,          **Case No. C-10-04686 RMW**
9                                      **Case No. C-10-05545 RMW**
                      Plaintiff,
10                                     **ORDER ALLOWING USE OF CERTAIN**
      v.                               **EQUIPMENT IN COURTROOM**
11

12    NOKIA CORPORATION et al.,

         Defendants.
13

14    NAZOMI COMMUNICATIONS, INC.,

15                    Plaintiff,

16    v.

17    SAMSUNG TELECOMMUNICATIONS
18    AMERICA, L.L.C. et al.,

19       Defendants.

20

21

22          IT IS HEREBY ORDERED that the parties are allowed to bring a laptop and projector to

23    courtroom 6, 4th floor for the purposes of the Technology Tutorial scheduled for November 19,

24    2012 at 1:00PM and for the Claim Construction Hearing scheduled for November 28, 2012 at 9AM.

25

26    Dated:  November 19, 2012

27                                      Ronald M. Whyte
                                        United States District Court Judge
28