PEPPER HAMILTON, LLP
Harry P. Weitzel (CA Bar No. 149934)
weitzelh@pepperlaw.com
4 Park Plaza, Suite 1200
Irvine, California 92614-5955
Telephone: (949) 567-3500
Facsimile: (949) 521-9101

Attorneys for Plaintiff
NAZOMI COMMUNICATIONS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nazomi Communications, Inc, <br><br> Plaintiff, <br><br> vs. <br><br> Nokia Corp. et al., <br><br> Defendants. | Case No. 5:10-cv-04686-RMW <br><br> **NOTICE OF CHANGE OF COUNSEL FOR NAZOMI COMMUNICATIONS, INC. AND () ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Nazomi Communications, Inc. ("Nazomi"), hereby request that the Court withdraw Matthew Durell, David Loo and James Wodarski as attorneys of record in this matter. Mssrs. Durell, Loo and Wodarski are no longer associated with the law firm Pepper Hamilton LLP and therefore withdraw as counsel of record for Nazomi. Attorneys from Pepper Hamilton, LLP, including William Belanger, Harry Weitzel, Alison McCarthy, Frank Liu, Michael Stone, and Suparna Datta will continue to serve as counsel for Nazomi.

The Clerk's office is requested to make such changes to the docket and to the electronic notification system as are necessary to reflect the withdrawal of Mssrs. Durell, Loo and Wodarski as counsel of record for Nazomi.

1  Dated: March 14, 2013                              PEPPER HAMILTON LLP

                                                     /s/ Harry P. Weitzel
                                                     Harry P. Weitzel
                                                     Attorney for Nazomi Communications, Inc.

**IT IS SO ORDERED**

Date: _____

*Ronald M. Whyte*

**RONALD M. WHYTE**
United States District Judge

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document NOTICE OF CHANGE OF COUNSEL was electronically served on all counsel of record by electronic mail on March 14th, 2013

                                                     /s/ Harry P. Weitzel
                                                     Harry P. Weitzel