1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

Nazomi Communications, Inc.,

                Plaintiff,

        v.

Nokia Corp., et al.

                Defendants.

Case No. 5:10-cv-4686-RMW

[Re: Dkt. Nos. 379, 436]

## ~~PROPOSED~~ ORDER SEALING EXHIBITS FILED IN CONNECTION WITH NAZOMI'S OPPOSITION TO WESTERN DIGITAL AND SLING'S RENEWED MOTION FOR SUMMARY JUDGMENT

Plaintiff Nazomi Communications, Inc. ("Nazomi") filed Nazomi's Administrative Motion to File Under Seal (Dkt. No. 379) in connection with Nazomi's Opposition to Western Digital and Sling's Renewed Motion for Summary Judgment of Noninfringement ("the Opposition"). Pursuant to Civil L.R. 79-5(d), Nazomi moved to seal certain documents and information designated as "Highly Confidential – Source Code" under the protective order (Dkt. No. 193) by Defendants-Intervenors ARM Ltd. and ARM, Inc. (collectively, "ARM").

For the purpose of establishing that the designated information is sealable, ARM is filing the Declaration of Robert Calico in support of sealing the Opposition and exhibits thereto. The Calico Declaration provides sufficient evidence that the documents and information designated as

confidential by ARM and submitted under seal by Nazomi are "privileged or protectable as a trade secret or otherwise entitled to protection under the law" and thus sealable.  Civil L.R. 79-5(a).

Accordingly, IT IS HEREBY ORDERED that the following documents shall be filed under seal:

- Pages 7-9, 12, 15-32, 35-44, 46-88, 90-95, 98-105, 110-140, and 144-154 of Exhibit 2 to the Declaration of Jonathan Babb ("the Babb Declaration");

- Pages 5-6, 9-11, 14-20, 24-41, 47-108, 111, and 112 of Exhibit 3 to the Babb Declaration;

- Pages 7-9, 12, 15-32, 35-44, 46-88, 90-93, 98-104, 108-140, 144-155 of Exhibit 4 to the Babb Declaration;

- Pages 6-7, 10-12, 15-21, 25-42, 48-68, 71-84, 88-94, 96-109, 112-113 of Exhibit 5 to the Babb Declaration;

- The following page/line citations of Exhibit D to the Declaration of Frank Liu ("Liu Declaration"): 46:25-47:13; 47:19-23; 48:1-12

IT IS SO ORDERED

DATED: ___March 29___, 2013

_Ronald M. Whyte_
Honorable Ronald M. Whyte
United States District Court Judge