E-FILED on     9/12/13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NAZOMI COMMUNICATIONS, INC.,

        Plaintiff,

  v.

NOKIA CORPORATION, et al.,

        Defendants.

Case No. C-10-04686 RMW

**JUDGMENT**

On June 18, 2013, this court granted defendants' motion for summary judgment of noninfringement. Accordingly, the court enters judgment in favor of defendants and against plaintiff Nazomi Communications, Inc. Plaintiff shall take nothing by way of its complaint.

DATED:     9/12/13

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-10-04686 RMW