UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| NAZOMI COMMUNICATIONS, INC., | CASE NO. 10-CV-04686-RMW |
|---|---|
| Plaintiff, | **AMENDED FINAL JUDGMENT** |
| v. | |
| NOKIA CORP., et al. | |
| Defendants. | |

This Final Judgment amends the Judgment entered on September 12, 2013. On June 18, 2013, this Court granted defendants' motion for summary judgment of noninfringement of U.S. Patent Nos. 7,080,362 and 7,225,436 finding no infringement by ARM Ltd., ARM, Inc., Amazon.com, Inc., Nokia Corp., Nokia Inc. and VIZIO, Inc. (collectively, the "defendants').

The counterclaims of invalidity by defendants VIZIO, Inc., Amazon.com, Inc., ARM Ltd. and ARM, Inc. and the counterclaims of limitation of infringement and damages by ARM Ltd. and ARM, Inc. are hereby dismissed without prejudice, with the right to reassert those counterclaims if this case is remanded to the district court.

Accordingly, on all remaining causes of action and counterclaims, the Court enters final judgment in favor of defendants and against plaintiff Nazomi Communications, Inc. Plaintiff shall take nothing by way of its complaint. The date for submitting any notice of appeal, Bill of

-1-

Costs, or Motions for Attorneys' Fees or exceptional case is set off of the date of this Final Judgment.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge